ON REMAND FROM THE ALABAMA SUPREME COURT
In Ex parte Bohannon, 564 So.2d 854 (Ala. 1988), our supreme court reversed this court's judgment affirming Bohannon's conviction for possessing in excess of 2.2 pounds of marijuana, in violation of § 20-2-80, Code of Alabama 1975. This reversal was based on the court's finding that the state failed to prove that Bohannon possessed in excess of 2.2 pounds of marijuana, as the term is defined in § 20-2-2(15).
Pursuant to Ex parte Bohannon, we reverse Bohannon's conviction for trafficking. However, we find that the state clearly proved each and every element of possession of marijuana, § 20-2-70, which is a lesser included offense of the crime charged. Thus, we are authorized to apply the doctrine ofEdwards v. State, 452 So.2d 506 (Ala.Cr.App. 1983), aff'd,452 So.2d 508 (Ala. 1984). See also Borden v. State, 523 So.2d 508
(Ala.Cr.App. 1988). Accordingly, we reverse Bohannon's conviction for trafficking, but we remand with instructions that a judgment of guilty be entered for the lesser included offense of possession of marijuana and for proper resentencing. Due return should be filed with this court showing the action taking by the trial court.
REVERSED AND REMANDED WITH INSTRUCTIONS.
All Judges concur.
 ON RETURN TO REMAND